**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY JACK BROWN**                                                                                             **PETITIONER**

**v.**                                       **Case No. 5:14-cv-00052-KGB**

**RAY HOBBS, Director of the
Arkansas Department of Correction**                                                                **RESPONDENT**

## ORDER

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing with prejudice this petition for writ of habeas corpus. The relief sought is denied. The certificate of appealability is denied.

SO ORDERED this 18th day of February, 2015.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE